UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | **'08 MJ 1453** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Victor Guadalupe RODRIGUEZ,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 7, 2008** within the Southern District of California, defendant, **Victor Guadalupe RODRIGUEZ,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th DAY** OF **May 2008.**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Victor Guadalupe RODRIGUEZ

## PROBABLE CAUSE STATEMENT

On May 7, 2008, at approximately 1:40 a.m., Border Patrol Agent D. Cochran was performing linewatch duties in the Chula Vista Border Patrol Station's Area of Responsibility. At that time, Senior Patrol Agent C. Loy, who was operating an infrared camera, notified Agent Cochran that an individual was walking north near an area known as the "25 Saddle." This area is frequently used by undocumented immigrants to gain entry into the United States and is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately one half mile north of the United States/Mexico International Boundary. Upon arriving at the location, Agent Cochran found an individual, later identified as the defendant **Victor Guadalupe RODRIGUEZ**, lying in a brushy area. Agent Cochran identified himself as a United States Border Patrol Agent, and questioned the defendant regarding his citizenship, nationality, and immigration documentation. The defendant admitted to having entered the United States without inspection, and that he was a citizen and national of Mexico. The defendant also stated that he was not in possession of any immigration documents that would allow him to enter or remain in the United States legally. At approximately 1:50 a.m. Agent Cochran arrested the defendant and transported him to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 15, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.